UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRIGETTE D WILLIAMS, § | |
| § | |
| *Petitioner,* § | |
| § | |
| v. § | Civil Action No. 3:23-CV-1004-X-BK |
| § | |
| BUREAU OF PRISONS, § | |
| § | |
| *Respondent.* § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 16). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 30th day of April, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1